AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED

2019 JAN 28 P 1:10

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| The Grounds Guys, LLC <br> *Plaintiff* <br> v. <br><br> John K. Henrisksen and <br> Three Brothers Property Services, LLC <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:17-CV-00344-ADA |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __11/27/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __1/15/19__

CLERK OF COURT

*(signature)* Anne Diaz

*Signature of Clerk or Deputy Clerk*



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| THE GROUNDS GUYS, LLC,<br>*Plaintiff*<br><br>v.<br><br>JOHN K. HENRISKSEN AND THREE BROTHERS PROPERTY SERVICES, LLC,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 6:17-CV-00344-ADA |

## AMENDED FINAL DEFAULT JUDGMENT

Before the Court is the above-entitled cause of action. On this date, the Court granted Plaintiff's Motion for Default Judgment. In accordance with that Order and pursuant to Federal Rule of Civil Procedure 58, the Court now renders the Final Default Judgment as follows:

**IT IS ORDERED** that judgment by default is entered in favor of Plaintiff and against Defendants.

**IT IS FURTHER ORDERED** that Plaintiff recover from Defendants $142,197.95.

**IT IS FURTHER ORDERED** that a permanent injunction is entered for two years for the post-termination covenant not to compete, which will begin from the date Plaintiff's Motion for Default Judgment is granted.

**IT IS FURTHER ORDERED** the specific Franchise Agreement from which the injunction arises, which is attached as Exhibit A in Plaintiff's Motion to Amend Judgment (ECF #25), is hereby incorporated by reference.

A true copy of the original, I certify,
Clerk U.S. District Court

By _Leiclanne Diaz_
      Deputy

**IT IS FURTHER ORDERED** that Plaintiff recovers from Defendants the sum of $12,848.75 in reasonable and necessary attorneys' fees and the sum of $687.72 in costs.

**IT IS FURTHER ORDERED** that Plaintiff be awarded post-judgment interest as allowed by 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** this 27th day of November 2018.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE