

VANCE DUNNAM
  BOARD CERTIFIED-FAMILY LAW
VANCE DUNNAM, JR.
  BOARD CERTIFIED-ESTATE PLANNING AND PROBATE LAW
  BOARD CERTIFIED-RESIDENTIAL REAL ESTATE LAW
  BOARD CERTIFIED-COMMERCIAL REAL ESTATE LAW
MERRILEE L. HARMON
  BOARD CERTIFIED-FAMILY LAW
JIM DUNNAM
  BOARD CERTIFIED-CIVIL TRIAL LAW
  BOARD CERTIFIED-FAMILY LAW
THOMAS C. WEST
  BOARD CERTIFIED-CRIMINAL LAW
GERALD R. VILLARRIAL
CHRISTIE RYAN
  BOARD CERTIFIED-FAMILY LAW
ANDREA MEHTA
ELEEZA JOHNSON
BRITTANY CLEERE

W.V. DUNNAM
(1891-1974)
W.V. DUNNAM, JR.
(1927-2006)

4125 WEST WACO DRIVE
WACO, TEXAS 76710

TELEPHONE (254)753-6437
FAX (254)753-7434

MAILING ADDRESS:
P.O. BOX 8418
WACO, TEXAS 76714-8418

WEBSITE: DUNNAMLAW.COM

January 24, 2019

Connecticut Clerk's Office
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

*3:19mc14 VLB*

**Via Regular Mail**

Re:     Civil Action No. 6:17-CV-00344-ADA — *The Grounds Guys, LLC v. John K. Henrisksen and Three Brothers Property Services, LLC*; In the United States District Court for the Western District of Texas, Waco Division.

Dear Sir or Madam:

Enclosed for filing is the Clerk's Certification of a Judgment to be Registered in Another District along with a certified copy of the Judgment in the above referenced matter.  It is my understanding that you will open a new miscellaneous case and that we will receive notice via ECF.  Also enclosed is our firm's check in the amount of $47 which represents the filing fee.

Please give me a call if you have any questions or need any additional information in order to process our request.

Very truly yours,

Jim Dunnam
jimdunnam@dunnamlaw.com
Assistant: nicole@dunnamlaw.com

JD/cbc
Enclosure

ALL BOARD CERTIFICATIONS BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

Jim Dunnam
Dunnam & Dunnam LLP
4125 West Waco Drive
Waco, Texas 76710

DALLAS TX
25 JAN '19
PM 3 L



02 1P                  $ 000.47⁰
0001958926    JAN 25  2019
MAILED FROM ZIP CODE 76710

Connecticut Clerk's Office
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

06103-307996